WALLY HOFMANN, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued November 12, 1947; decided November 21, 1947.

*Charles E. Murphy, Corporation Counsel (Joseph F. Mulqueen, Jr.,* and *Seymour B. Quel* of counsel), for appellant.

*Edgar T. Schleider, Alfred Schleider* and *Harry J. Grayson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.